AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/14/12 |
| NAME OF SERVER (PRINT) Kimberly Rozar | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail — See below

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 20 2012
             Date        Signature of Server

1614 Government St. Suite 100
Mobile AL 36602
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nationstar Mortgage, LLC
   % CSC Lawyers Incorporation SVC
   150 S Perry Street
   Montgomery AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Avery Harris       ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Avery Harris                    JUN 14 2012

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7011 0470 0001 6228 4287

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may