IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BILLY EUGENE MATHIS, JR. and      *
SHELLY MATHIS,      *
     *
    Plaintiffs,      *      Case No. 12-00386
     *
vs.      *
     *
NATIONSTAR MORTGAGE, LTD,      *
     *
    Defendant.      *

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

**COME NOW** Plaintiffs Billy and Shelley Mathis and, pursuant to Rule 15(a) of the *Federal Rules of Civil Procedure*, respectfully requests that this Court grant them leave to file the attached proposed Amended Complaint.   As grounds for this request, Plaintiffs state as follows:

1.    The Complaint in this case was filed June 8, 2012.   (See Doc. 1).   The Complaint includes nine (9) counts.   Neither Defendant filed an answer to the Complaint, but instead filed a joint Motion to Dismiss.   (See Doc. 9).

2.    The Motion to Dismiss addresses only two of the nine counts: Counts VIII and IX.

3.    The attached proposed Amended Complaint eliminates the two counts addressed by the Defendants' Motion to Dismiss.[1]   Therefore, the granting of this motion and the filing of the proposed Amended Complaint would render the Defendants' Motion to Dismiss moot.[2]   This will

---

[1]The amendment also corrects the name of Defendant Nationstar Mortgage, LLC and makes certain non-substantive corrections.

[2]While Plaintiffs do not agree with the legal propositions upon which the Motion to Dismiss is based, they conclude that the delay and expenditure of resources necessary for opposing the removal of these two counts, outweigh any benefit that the two claims add to the lawsuit.

also allow this case to proceed to the Rule 26(f) process and discovery on the remaining claims, without further delay.

4.      Because the parties are diverse and the amount in controversy exceeds $75,000, the removal of the federal statutory claims will not deprive this Court of subject matter jurisdiction.

5.      The undersigned has been notified by counsel for Defendants that they have no objection to the granting of leave to amend the Complaint.

WHEREFORE, Plaintiffs respectfully request that they be granted leave to file the attached proposed Amended Complaint.

/s/ Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
Underwood & Riemer, P.C.
Attorney for Plaintiffs
166 Government Street, Suite 100
Mobile, Alabama 36602
251.432.9212
251.433.7172 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

/s/ Kenneth J. Riemer
KENNETH J. RIEMER